JS-6

1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

11
12
13
14
15
16

TUPAC N.,

          Plaintiff,

    v.

LELAND DUDEK, Acting
Commissioner of Social Security,[1]

         Defendant.

No. 2:24-cv-06586-BFM

**JUDGMENT**

17
18
19
20
21
22
23
24
25

    Pursuant to the Court's Memorandum Opinion and Order,

    IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE**.

DATED:  April 23, 2025

                             _____

                   BRIANNA FULLER MIRCHEFF
               UNITED STATES MAGISTRATE JUDGE

26
27
28

---

    [1] Leland Dudek became the Acting Commissioner of Social Security on January 20, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Carolyn W. Colvin as the defendant in this suit.